# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KAZENERCOM TOO and YERKIN BEKTAYEV,

        Plaintiffs,

vs.

EMPIRE STOCK TRANSFER, INC.,

        Defendants.

2:14-cv-00838-RFB-VCF

**ORDER**

    Before the court is Plaintiffs' Motion to Re-Open Discovery Deadline (#32).

    IT IS HEREBY ORDERED that a hearing on Plaintiffs' Motion to Re-Open Discovery Deadline (#32) is scheduled for 10:00 a.m., January 14, 2016, in courtroom 3D. Counsel appearing in person must be prepared to address what additional depositions need to be taken and why written discovery was not completed by October 5, 2015.

    DATED this 29th day of December, 2015.

                                      CAM FERENBACH
                                      UNITED STATES MAGISTRATE JUDGE