**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KAZENERCOM TOO and YERKIN BEKTAYEV,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>EMPIRE STOCK TRANSFER, INC., DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>　　　　　　Defendants. | 2:14-cv-00838-RFB-VCF<br>**ORDER** |

　　　　Before the court is Plaintiffs' Motion for Leave to Excuse Plaintiff Bektayev from Personal Attendance at Settlement Conference (#39).

　　　　IT IS HEREBY ORDERED that any opposition to Plaintiffs' Motion for Leave to Excuse Plaintiff Bektayev from Personal Attendance at Settlement Conference (#39) must be filed on or before February 22, 2016. No reply necessary.

　　　　DATED this 16th day of February, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE