# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

KAZENERCOM TOO, *et al.*,

        Plaintiffs,

vs.

EMPIRE STOCK TRANSFER, INC.,

        Defendant.

2:14-00838-RFB-VCF

**ORDER**

        The court has reviewed Plaintiffs' Motion for Leave to Excuse Plaintiff Bektayev from Personal Attendance at Settlement Conference (#39) and Defendant's Opposition to Plaintiffs' Motion (#41).

        In order for this settlement conference to be successful, Plaintiff Bektayev's personal attendance is necessary.

        Accordingly,

        IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Excuse Plaintiff Bektayev from Personal Attendance at Settlement Conference (#39) is DENIED.

        IT IS FURTHER ORDERED that Plaintiff Bektayev must bring a court certified interpreter to the settlement conference.

        DATED this 23rd day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE