Aaron D. Shipley (NSBN 8258)
Amanda M. Perach (NSBN 12399)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: ashipley@mcwlaw.com
Email: aperach@mcwlaw.com
*Attorneys for Empire Stock Transfer Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAZENERCOM TOO, a Kasakhstan corporation and YERKIN BEKTAYEV, a Kazakhstan citizen<br><br>Plaintiff,<br><br>vs.<br><br>EMPIRE STOCK TRANSFER, INC., a Nevada corporation<br><br>Defendant. | Case No: 2:14-cv-00838-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and among plaintiffs Kazenercom Too and Yerkin Bektayev (together "Plaintiffs") and defendant Empire Stock Transfer, Inc. ("Empire" or "Defenant"), by and through their respective undersigned counsel, that this action be dismissed with prejudice.

///
///
///
///
///
///
///
///

Each party shall bear its respective fees and costs.

RESPECTFULLY SUBMITTED this this 31 day of May, 2016.

McDONALD CARANO WILSON LLP

/s/ Aaron D. Shipley
Aaron D. Shipley (#8258)
Amanda M. Perach (#12399)
2300 W. Sahara Ave, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Defendant*

PHILLIPS LYTLE, LLP

/s/ Robert V. Cornish
Robert V. Cornish, Esq.
800 17th Street, NW, Suite 450
Washington, DC 10006
*Attorney for Plaintiffs*

/s/ Kirk T Kennedy
Kirk T. Kennedy, Esq.
815 S. Casino Center Boulevard
Las Vegas, NV 89101
*Attorney for Plaintiffs*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED: June 7, 2016.